# IN THE UNTIED STATES FEDERAL COURT
## MIDDLE DISTRICT OF ALABAMA

**PATRION AUSTIN JONES**
**Plaintiff**

2022 DEC 28 A 9:59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case # 2:22-CV-719-WKW-CWB

**MICHAEL RYAN BROWN**
**DEFENDANT**

**DEMAND FOR JURY TRIAL**

## PARTIES

(1) Comes now the Plaintiff, Patrion Austin jones a citizen and residence of the Middle District of Alabama being over the age of (19), nineteen years of age. The Defendant, Michael Ryan Black did reside at 108 Mockingbird Drive Albany Georgia 31705 being over the age of (19) years of age. Fictitious parties are unknown but if and or when determined, their acts or omission, which lead to accident and injury to Plaintiff, Patrion Jones.

## JURISDICTION & VENUE

(2) Comes now the Plaintiff and avers that the cause of action filed herein exceeds the monetary amount necessary for this Honorable Court to exercise it authority over the same, and that all event occurred in the State of Georgia on or about 24 August 2021.

## FACTS

(3)     On or about 24 August 20221 at or near the intersection of Liberty Expressway and Jefferson Street in Albany Georgia. The private Auto driven by Michael Ryan Brown did collide with the vehicle driven, owned and operated by Patrion Austin Jones causing the same to leave the roadway and suffer extensive damage to the vehicle and person of Patrion Austin Jones and did directly result in her injuries. Actions which were foreseeable and preventable.

## COMPLAINT (1)
## NEGLIGENCE

(4)     The Plaintiff adopts all previous paragraphs of the complaint herein, and avers that as a result of the negligence of Michael Ryan Brown on or about 24 August 2021. The Plaintiff avers that the Defendant was negligent in his operation of a motor vehicle in causing the accident, which caused said injury to the Plaintiff.

(5)     Therefore, the Plaintiff demand actual medical cost as to Patrion Austin Jones.

(6)     The Plaintiffs demands punitive damages to deter conduct such as committed by the Defendant by others similarly situated additionally the Plaintiffs request any further relief to include Court cost, Attorney fees and any other relief so found due by this Honorable Court.

## COMPLAINT (2)
## NEGLIGENT OPERATION OF A MOTOR VEHICLE

(7) The Plaintiff adopts all previous paragraphs of the complaint herein, and avers that as a result of the negligence of the Defendants on or about 24 August 2021. The Plaintiff suffered and continues to suffer as a result of the accident. The Plaintiff avers that the Defendant Michael Ryan Brown was negligent in his operation of a motor vehicle in causing the accident, which caused said injuries to the Plaintiff Patrion Austin Jones. The Plaintiff further avers that the Defendant, Michael Ryan Brown was negligent in his operation of the vehicle without proper training or supervision, which resulted in the negligent operation of a motor vehicle in causing the accident, which caused the injuries to the Plaintiff.

(8) Therefore, the Plaintiff demands actual medical cost as to Patrion Austin Jones.

(9) The Plaintiff demands punitive damages to deter conduct such as committed by the Defendant by others similarly situated additionally the Plaintiff request any further relief to include Court cost, Attorney fees and any other relief so found due by this Honorable Court.

**Wherefore the Plaintiffs demand a Jury on all matters before the Court.**

Done this the 14th day of November 2022.

PATRION AUSTIN JONES

*s/Mickey McDermott*

Mickey McDermott (MCD-052)
P.O. Box 34
Montgomery, Ala 36101-0034
334-264-5151 office
334-263-7782 fax